WILLIAM P. CLYDE *v.* AMOS ROGERS. — Motion to correct order granted, and order of General Term of December, 1880, vacated, with costs and disbursements. Opinion by DYKMAN, J.

JUNIUS N. PETTY and another, *Appellants, v.* ESTHER A. SHERWOOD, *Respondent.* — Judgment affirmed, with costs. — Opinion by PRATT, J.; BARNARD, P. J., not sitting.

MARY LINK, *Respondent, v.* EDWARD WOODRUFF, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

CHRISTIANA HARRISON, *Respondent, v.* THE BROOKLYN, BATH AND CONEY ISLAND RAILWAY COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; PRATT, J., not sitting.

HENRY COYLE, *Respondent, v.* THE FATHER MATHEW TOTAL ABSTINENCE BENEFIT SOCIETY, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by PRATT, J.

RANDALL G. COWENHOVEN, *Appellant, v.* GEORGE W. BALL, *Respondent.* — Judgment affirmed because of non-service of papers according to stipulation.

FREDERICK ACHENBACH, *Respondent, v.* THE ORDER OF GERMANIA, *Appellant, Impleaded, etc.* — Interlocutory judgment overruling defendant's demurrer affirmed, with costs. Opinion by PRATT, J.

MARY JANE VAN SCHAICK and others, *Appellants, v.* JAMES A. FICKETT, *Respondent.* — Decree of surrogate affirmed, with costs. Opinion by BARNARD, P. J.

SAMUEL A. MORROW, *Appellant, v.* ROBERT H. MORROW, *Respondent.* — Decree of surrogate affirmed, with costs. Opinion by PRATT, J.

FREDERICK HOMEYER, *Respondent, v.* MOSES MAY, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

DANIEL S. DICKINSON, *Appellant, v.* ANNA B. BUSH, *Respondent, Impleaded, etc.* — Order denying open commission affirmed, with costs. Opinion by PRATT, J.

ANDREW DONLON, *as Administrator, etc., Appellant, v.* THE LONG ISLAND RAILROAD COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

MARIA KELLY, *Administratrix, etc., Appellant, v.* CONSUMERS' GAS COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JANE MYERS, *Appellant, v.* JAMES C. MARTIN and another, *Respondents.* — Judgment affirmed with costs. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

ROBERT H. LEYS, *Respondent, v.* THE EAST RIVER FERRY COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.